No. 92. HOUSTON AND TEXAS CENTRAL RAILROAD COMPANY
v. BOWLES, and No. 284. HOUSTON AND TEXAS CENTRAL RAIL-
ROAD COMPANY v. STRYCHARSKI. Error to the Supreme Court
of the State of Texas. Argued and submitted November 4,
1897. Decided November 8, 1897. *Per Curiam.* Judg-
ments affirmed with costs and interest on the authority of
*Pennsylvania Railroad* v. *Jones,* 155 U. S. 333, 350; *Railroad
Company* v. *Brown,* 17 Wall. 445, 450; *Texas & Pacific Rail-
way* v. *Johnson,* 151 U. S. 81; *Texas & Pacific Railway* v.
*Bloom's Administrator,* 164 U. S. 636. *Mr. R. S. Lovett* and
*Mr. Maxwell Evarts* for plaintiffs in error. *Mr. H. M. Gar-
wood* for defendants in error in No. 92. *Mr. Presley K. Ewing*
and *Mr. H. F. Ring* for defendants in error in No. 284.

---

No. 111. SCHOFIELD, RECEIVER, v. FOLSOM. Error to the
Supreme Court of the Territory of New Mexico. Argued
November 9, 1897. Decided November 15, 1897. Dismissed
for the want of jurisdiction on the authority of *Gregory Con-
solidated Mining Company* v. *Starr,* 141 U. S. 222. *Mr.
W. B. Childers* for plaintiff in error. *Mr. Neill B. Field* and
*Mr. Frank W. Clancy* for defendant in error.

---

No. 96. BEARDSLEY v. BROOM, ADMINISTRATRIX. Appeal
from the Supreme Court of the Territory of Utah. Argued
November 8, 1897. Decided November 29, 1897. Decree
affirmed with costs by a divided court and cause remanded
to the Supreme Court of the State of Utah. *Mr. Charles C.
Dey* and *Mr. Ogden Hiles* for the appellant. *Mr. E. M.
Allison, Jr.,* and *Mr. James N. Kimball* for the appellee.